IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA L. BOWERS,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES; and<br>ANTHONY J. YONKERS, M.D.;<br><br>          Defendants. | 8:15CV47<br><br>ORDER OF DISMISSAL |

This matter is before the Court on its own motion. On June 4, 2015, the Court ordered that the Plaintiff file a memorandum on or before June 15, 2015, showing cause why her remaining claims should not be dismissed, without prejudice. See Memorandum and Order at Filing No. 15. The Plaintiff has filed no memorandum. Accordingly,

IT IS ORDERED:

1. For the reasons stated in the Court's Memorandum and Order of June 4, 2015 (Filing No. 15), Plaintiff Linda L. Bowers's claims against Defendant Anthony J. Yonkers, M.D., are dismissed, without prejudice; and

2. The Clerk will terminate this case for statistical purposes.

Dated this 29th day of June, 2015

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            Chief United States District Judge